IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK ANTHONY ROBINSON**                                                              **PETITIONER**
**ADC #102350**

v.                          Case No. 4:21-cv-00924-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                    **RESPONDENT**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). Petitioner Mark Anthony Robinson has filed a counterclaim to Findings and Recommendation, which the Court construes as his objection to Judge Harris's Findings and Recommendation (Dkt. No. 13). After careful consideration of the Findings and Recommendation, Mr. Robinson's objections, and a *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 12).

In his objections, Mr. Robinson asserts that during his plea hearing in Saline County Circuit Court the process did not conform to the Arkansas Rules of Criminal Procedure and violated his Due Process and Equal Protection Rights under the Arkansas and the United States Constitution (Dkt. No. 13, at 1-2). Mr. Robinson has not, however, come forward with any evidence of an extraordinary circumstance beyond his control that prevented him from filing a timely petition for *writ of habeas corpus* in order for the Court to find that equitable tolling applies to excuse the untimely filing of Mr. Robinson's petition for *writ of habeas corpus*.

Accordingly, the Court grants respondent Dexter Payne's motion to dismiss and dismisses without prejudice Mr. Robinson's petition for a *writ of habeas corpus* pursuant to 28 U.S.C. §

2254 because the petition is barred by the statute of limitations (Dkt. No. 1).  28 U.S.C. § 2244(d)(1).  The relief requested is denied.  The Court denies a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this 31st day of August, 2022.

_____
Kristine G. Baker
United States District Judge