IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK ANTHONY ROBINSON**                                                                          **PETITIONER**
**ADC #102350**

v.                              Case No. 4:21-cv-00924-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                                **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Mark Anthony Robinson's petition is dismissed. The relief requested is denied.

So adjudged this 31st day of August, 2022.

_____
Kristine G. Baker
United States District Judge